IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DOROTHY J. ACKER** | § | **PLAINTIFF** |
| | § | |
| v. | § | **Civil No. 1:16cv245-HSO-JCG** |
| | § | |
| **WAL-MART STORES EAST, LP;** | § | |
| **COCA-COLA BOTTLING COMPANY** | § | |
| **UNITED, INC.; JOHN DOES 1-10** | § | |
| **and XYZ CORPORATIONS 1-5** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In the accord with the Joint Stipulation of Dismissal [85] filed on September 11, 2017, and the Order of Dismissal entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 9th day of November, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE